UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRIMMWAY ENTERPRISES, INC. *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00643-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 10) |

　　　　Pending before the Court is the parties' stipulated request to extend time for Defendants' responsive pleading.  (Doc. 10).  The parties represent good cause warrants granting the relief requested as they are currently in the process of meeting and conferring regarding an anticipated motion to dismiss.  In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendants shall have until **August 6, 2024**, to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:　__**July 24, 2024**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE