UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRIMMWAY ENTERPRISES, INC. *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-00643-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 12) |

Pending before the Court is the parties' stipulated request to further extend Defendants' time to file a responsive pleading. (Doc. 12). The parties represent good cause warrants granting the relief requested as they are still meeting and conferring regarding an anticipated motion to dismiss.

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendants shall have until **August 30, 2024**, to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: __**July 30, 2024**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE