UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRIMMWAY ENTERPRISES, INC. *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00643-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Doc. 20) |

Pending before the Court is the parties' stipulated request to extend time for Defendants' to file their responsive pleading to the first amended complaint. (Doc. 20). The parties represent that good cause exists for granting the relief requested as they currently are in the process of meeting and conferring regarding an anticipated motion to dismiss.

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED Defendants shall have until **September 20, 2024**, to file a responsive pleading to Plaintiff's first amended complaint.

IT IS SO ORDERED.

Dated:   **September 4, 2024**                             _____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE