UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY CHILDREN'S HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>GRIMMWAY ENTERPRISES, INC. *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00643-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING HEARING, OPPOSITION, AND REPLY DATES FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>(Doc. 25) |

Pending before the Court is the parties' stipulated request to continue the hearing date, opposition filing deadline, and reply filing deadline for Defendants' motion to dismiss the first amended complaint. (Doc. 25). The parties represent that good cause exists for granting the relief requested due to Plaintiff's counsel dealing with an out-of-town family medical matter. *Id.* at 2.

*[Remainder of this page intentionally left blank.]*

In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss the first amended complaint (Doc. 22), currently set for October 25, 2024, is continued to November 8, 2024, at 9:00 AM in Courtroom 4 before District Judge Jennifer L. Thurston. It is further ORDERED that the Plaintiff shall file its opposition to the motion on or before October 18, 2024, and the Defendants shall file any optional reply on or before October 28, 2024.

IT IS SO ORDERED.

Dated:   **October 2, 2024**

UNITED STATES MAGISTRATE JUDGE